**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DANIEL M. WHITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.  CIV-04-1310-HE |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff Daniel M. Whited instituted this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying his applications for disability insurance benefits and supplemental security income payments under the Social Security Act..  Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Bana Roberts, who has issued her Report and Recommendation suggesting that the Commissioner's decision be reversed and the matter remanded for further administrative proceedings.  The magistrate judge found that the administrative law judge erred in both his credibility assessment and his evaluation of the plaintiff's alleged mental impairment.

The parties, having failed to object to the Report and Recommendation, waived their right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996), *cert. denied*, 519 U.S. 909 (1996).  *See* 28 U.S.C. § 636(b)(1)(C); LCvR72.1(a).  Accordingly, the court adopts Magistrate Judge Robert's Report and Recommendation, **REVERSES** the final decision of

the Commissioner and **REMANDS** the case for further proceedings consistent with the Report and Recommendation, a copy of which is attached to this order.

**IT IS SO ORDERED**.

Dated this 1st day of November, 2005.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE